**The DeHaan Law Firm** P.C.

300 Rabro Drive East • Suite 101 • Hauppauge, New York 11788 • 631.582.1200

JOHN W. DEHAAN, ESQ.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET

December 6, 2024

<u>**Via ECF**</u>
Hon. Jennifer E. Willis, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>Afful v. Comm'r of Soc. Sec.</u>
       <u>Docket No.: 1L24-CV-06240-MMG-JW</u>

Dear Magistrate Judge Willis:

  I represent the plaintiff, Joyce Afful, in the above-reference case seeking review of the Commissioner's denial of Social Security benefits. Jonathan King from the Office of General Counsel represents the Commissioner.

  I write in accordance with Your Honor's Individual Practice Rules to request a 30-day adjournment of the briefing schedule in this case. The Commissioner served the Administrative Record upon me on November 18, 2024, therefore, if this request is granted, the following changes to the schedule would result:

|  | <u>Current Deadline</u> | **<u>New Deadline</u>** |
|---|---|---|
| Plaintiff's Settlement Proposal | December 18, 2024 | **January 17, 2025** |
| Parties Report Re: Settlement | January 17, 2025 | **February 16, 2025** |
| Plaintiff to Serve Motion | February 16, 2025 | **March 18, 2025** |
| Defendant to Serve Response | April 17, 2025 | **May 19, 2025** |
| Plaintiff to Serve Reply | May 8, 2025 | **June 16, 2025** |

  I make this request because I have had, and still have, multiple moving briefs due on other cases since the Commissioner's service of the Administrative Record through the current deadline. In addition, I have a mediation in a New York Supreme Court contract case scheduled for December 20, 2024, for which I have to prepare my mediation brief and prepare my client. As a result of these other deadlines, I simply do not have the time to fully review the Administrative Record and prepare the detailed settlement demand by the current deadline. Additionally, I am going to be out of the country in February and would not be able to prepare my moving brief by the current deadline.

**THE DEHAAN LAW FIRM P.C.**

Page 2 of 2

Hon. Jennifer E. Willis, U.S. Magistrate Judge
*Re:*   *Afful v. Comm'r of Soc. Sec.*
        Docket No.: 1L24-CV-06240-MMG-JW
December 6, 2024

    I have consulted with Mr. King, and he consents to this request. There have been no prior requests to adjourn these deadlines.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,
    **THE DEHAAN LAW FIRM P.C.**
By:   /s/ *John W. DeHaan*
    John W. DeHaan, Esq.
    jdehaan@dehaan-law.com

cc:   Jonathan King, OGC (Via ECF)

---

The requested adjournment is **GRANTED.**
The requested dates are **ADOPTED**.
Absent extraordinary circumstances, further adjournments are unlikely. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
December 10, 2024