**The DeHaan Law Firm P.C.**
John W. DeHaan, Esq.
WWW.DEHAAN-LAW.COM
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

March 1, 2025

**Via ECF**
Hon. Jennifer E. Willis, U.S. Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The request is **GRANTED.** SO ORDERED.
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> March 3, 2025

Re: **Afful v. Comm'r of Soc. Sec.**
**Docket No.: 1L24-CV-06240-MMG-JW**

Dear Magistrate Judge Willis:

I represent the plaintiff, Joyce Afful, in the above-reference case seeking review of the Commissioner's denial of Social Security benefits. Jonathan King from the Office of General Counsel represents the Commissioner.

I write in accordance with Your Honor's Individual Practice Rules to request a 30-day adjournment of the briefing schedule in this case which, if this request is granted, would result in the following changes:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff to Serve Motion | March 18, 2025 | **April 18, 2025** |
| Defendant to Serve Response | May 19, 2025 | **June 18, 2025** |
| Plaintiff to Serve Reply | June 16, 2025 | **July 3, 2025** |

I make this request because I had missed a full week of work due to a stomach virus (from February 11-17), and this past week, I had to move my office to a new location. These two (2) factors proved extremely disruptive, and will prevent me from completing my brief by the current deadline.

I have consulted with Mr. King, and he consents to this request. The parties had previously requested an adjournment of the briefing schedule, and that request was granted.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**The DeHaan Law Firm P.C.**
By: /s/ *John W. DeHaan*
John W. DeHaan, Esq.

cc: Jonathan King, OGC (Via ECF)