UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OYCE D. AFFUL,

                    Plaintiff,              24 **CIVIL** 6240(MMG)(JW)

    -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 16, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will direct the Administrative Law Judge to further consider the plaintiffs symptoms; further consider the plaintiff's residual functional capacity, as warranted by the reconsidered evidence; offer the plaintiff a hearing, take any further action needed to complete the administrative record, and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      June 17, 2025

                                         **TAMMI M. HELLWIG**

                                              **Clerk of Court**

                   **BY:**

                                              **Deputy Clerk**